```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

GEORGIOS KAPOUDAS               *
                                *
v.                              *     Civil Action No. WMN-13-1880
                                *
PREMIER RECOVERY                *
GROUP, INC. et al.              *
                                *
                                *
     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

### ORDER

Plaintiff filed a Complaint on June 27, 2013, against Defendants Premier Recovery Group, Inc. and Joey Younger, alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., the Maryland Consumer Debt Collection Act, Md. Code, Com. Law § 14-201 et seq., and the Maryland Consumer Protection Act, Md. Code, Com. Law § 13-101 et seq.  It appears that Plaintiff effected service properly on Defendants on July 3.  Despite proper service, Defendants have failed to answer or otherwise respond to Plaintiff's Complaint.  The Clerk of Court entered default against the Defendants on September 24, 2013, for failure of the Defendants to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Plaintiff filed the presently-pending Motion for Default Judgment on November 5, seeking statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A), in addition to reasonable attorneys' fees and costs, see 15 U.S.C. §

1

1692k(a)(3), for a judgment totaling $4,290.00.  Upon consideration of Plaintiff's Motion for Default Judgment, ECF No. 8, it is this 11th day of December, 2013, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff's Motion, ECF No. 8, is hereby GRANTED;

2. That Judgment is hereby ENTERED in favor of Plaintiff and against Defendant in the total amount of $4,290.00, which represents statutory damages, attorneys' fees, and costs pursuant to 15 U.S.C. § 1692k(a)(2)-(3) as set forth in Plaintiff's Motion and its accompanying documents;

3. That, if further action by Plaintiff is necessary to enforce this judgment, Plaintiffs may apply to the court in which enforcement is sought for further reasonable attorneys' fees and costs; and

4. That the Clerk of the Court shall transmit a copy of this Order to Defendants and all counsel of record.

```
              _____/s/_____
              William M. Nickerson
              Senior United States District Judge
```